AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Clemon, U.W. | 2. Court or Organization<br><br>Northern District of Alabama | 3. Date of Report<br><br>08/05/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>active district judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>Suite 882<br>1729 Fifth Avenue North<br>Birmingham, AL 35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Miles Law School |
| 2. | Member, Board of Directors | Leadership Birmingham |
| 3. | Member, Board of Directors | Operation New Birmingham |
| 4. | Member, Board of Directors | Glenwood, Inc. |
| 5. | Executor | Estate #1 |
| 6. | Executor | Estate #2 |
| 7. | Deacon | Sixth Avenue Baptist Church, Birmingham, AL |

RECEIVED 2008 AUG 11 A 10: 52 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clemon, U.W. | 08/05/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Department of the Army Aviation and Missile Command, Redstone Arsenal | January 11 | Huntsville, AL | Keynote Speaker, MLK Day | travel, meal |
| 2. | National Employment Law Conference | December 2-5 | Las Vegas, NV | Seminar Speaker | travel, meals, lodging, |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clemon, U.W. | 08/05/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.  Mr. and Mrs. Wayne Faulkner | mantel | $ 500.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1.  American Express Company | revolving accounts | K |
| 2.  Renasant Bank | mortgage on unimproved parcel | M |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clemon, U.W. | 08/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. United States savings bonds | A | Interest | J | T | redemption | 1/23 | J | A | |
| 2. Jeffco Teachers Credit Union | B | Interest | K | | redemption | 5/20 | K | A | |
| 3. Franklin Value Mark II Mutual | A | Dividend | J | T | | | | | |
| 4. Franklin US Gov. Mutual Fund | A | Dividend | J | T | | | | | |
| 5. Franklin 0 Coupon Mutual Fund | A | Dividend | J | T | | | | | |
| 6. Franklin G&I Mutual Fund | A | Dividend | J | T | | | | | |
| 7. Franklin Income Sec. Mutual Fund | A | Dividend | J | T | | | | | |
| 8. Franklin Global Somm. Securities | A | Dividend | J | T | | | | | |
| 9. Estate #1 Cash | C | Interest | J | T | distribution | 4/28 | J | A | Harriett W. Horne |
| 10. Estate #2 Cash; Parcels # 1 & 2, Birmingham AL | D | Rent | J | T | distribution | 12/20 | M | A | See Part VIII |
| 11. Parcel #1, Birmingham AL | A | None | M | T | buy | 12/5 | M | A | Clairmont Park, LLC |
| 12. Heritage Cash Trust | B | None | M | T | buy | 5/05 | K | A | See Part VIII |
| 13. Blackrock Int'l Growth Fund | | None | | | buy, redempt | 5/24 | J | A | See Part VIII |
| 14. Dow 30 Premium & Growth Fund | | None | | | buy, redempt | 5/24 | J | A | See Part VIII |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | I12 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VIII. Investments and Trusts

1. I also redeemed savings bonds on April 27, November 5, and November 21.

9. A distribution was also made on November 15.

10. The trust assets were distributed to ██████████████████████████████████

12. We redeemed some of our units in the Heritage Cash Trust on May 24 and again on November 27.

13. We redeemed all our units in the Blackrock International Growth Fund on November 27.

14. We redeemed all our units in the Dow 30 Premium & Growth Fund on November 27.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| 1. Person Reporting (last name, first, middle initial)<br><br>Clemon, U.W. | 2. Court or Organization<br><br>Northern District of Alabama | 3. Date of Report<br><br>05/07/2008 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>active district judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>Suite 882<br>1729 Fifth Avenue North<br>Birmingham, AL 35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1.   Member, Board of Directors | Miles Law School |
| 2.   Member, Board of Directors | Leadership Birmingham |
| 3.   Member, Board of Directors | ●peration New Birmingham |
| 4.   Member, Board of Directors | Glenwood, Inc. |
| 5.   Executor | Estate #1 |
| 6.   Executor | Estate #2 |
| 7.   Deacon | Sixth Avenue Baptist Church, Birmingham, AL |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 14 P 1 32 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Department of the Army Aviation and Missile Command, Redstone Arsenal | January 11 | Huntsville, AL | Keynote Speaker, MLK Day | travel, meal |
| 2. | National Employment Law Conference | December 2-5 | Las Vegas, NV | Seminar Speaker | travel, meals, lodging, |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clemon, U.W. | 05/07/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Mr. and Mrs. Wayne Faulkner | mantel | $ 500.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express Company | revolving accounts | K |
| 2. Renasant Bank | mortgage on unimproved parcel | M |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clemon, U.W. | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. United States savings bonds | A | Interest | J | T | redemption | 1/23 | J | A | |
| 2. Jeffco Teachers Credit Union | B | Interest | K | | redemption | 5/20 | K | A | |
| 3. Franklin Value Mark II Mutual | A | Dividend | J | T | | | | | |
| 4. Franklin US Gov. Mutual Fund | A | Dividend | J | T | | | | | |
| 5. Franklin 0 Coupon Mutual Fund | A | Dividend | J | T | | | | | |
| 6. Franklin G&I Mutual Fund | A | Dividend | J | T | | | | | |
| 7. Franklin Income Sec. Mutual Fund | A | Dividend | J | T | | | | | |
| 8. Franklin Global Somm. Securities | A | Dividend | J | T | | | | | |
| 9. Estate #1 | C | Interest | J | T | distribution | 4/28 | J | A | Harriett W. Horne |
| 10. Estate #2 | D | Rent | J | T | distribution | 12/20 | M | A | See Part VIII |
| 11. Parcel #1, Birmingham AL | A | None | M | Q | buy | 12/5 | M | A | Clairmont Park, LLC |
| 12. Heritage Cash Trust | B | None | M | Q | buy | 5/05 | K | A | See Part VIII |
| 13. Blackrock Int'l Growth Fund | A | None | | | buy, redempt | 5/24 | J | A | See Part VIII |
| 14. Dow 30 Premium & Growth Fund | A | None | | | buy, redempt | 5/24 | J | A | See Part VIII |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VIII. Investments and Trusts

1. I also redeemed savings bonds on April 27, November 5, and November 21.

9. A distribution was also made on November 15.

10. The trust assets were distributed to William Clemon, Billie Clemon, Jr., Dorothy Jean Clemon, Arthurene Clemon, and Darnell Clemon.

12. We redeemed some of our units in the Heritage Cash Trust on May 24 and again on November 27.

13. We redeemed all our units in the Blackrock International Growth Fund on November 27.

14. We redeemed all our units in the Dow 30 Premium & Growth Fund on November 27.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544